ORIGINAL


FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 25-0039

MEGAN MICHELLE FIECHTNER,

Petitioner,

v.

MONTANA TENTH JUDICIAL DISTRICT
COURT, JUDITH BASIN COUNTY,
HONORABLE JON A. OLDENBURG, Presiding,

Respondent.

ORDER

FILED

JAN 2 2 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Megan Michelle Fiechtner, via counsel, seeks a writ of supervisory control over the Tenth Judicial District Court, Judith Basin County, in its Cause Nos. DC-23-08 and DC-23-09. Fiechtner alleges the District Court erred by denying her motion to dismiss the State's charge of Accountability for Deliberate Homicide because the State failed to allege sufficient evidence in its charging document to establish the probability that she committed the crime.

M. R. App. P. 14(5)(iv) requires that a petition for writ must contain: "To the extent they exist, as exhibits . . . a copy of each judgment, order, notice, pleading, document proceeding, or court minute referred to in the petition or which is necessary to make out a prima facie case or to substantiate the petition or conclusion or legal effect." Fiechtner has failed to comply with this Rule. Although she bases her argument on her contention that the State failed to allege sufficient evidence, she has not provided this Court with the State's motion for leave to file the Amended Information nor the affidavit in support of its motion. Without the necessary exhibits, we cannot consider the merits of this Petition.

Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Tenth Judicial District Court, Judith Basin County, Cause Nos. DC-23-08 and DC-23-09, and the Honorable Jon A. Oldenburg, presiding.

DATED this ⟨²²⟩ᵗʰ day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices